Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Dalio Holdings I LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3** – **0 6 6 5 7 5 9** |

**4. Debtor's address**

**Principal place of business**

**1001 W. Loop S, Ste 700**
Number        Street

**Houston, TX 77027**
City                                State        ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

Number        Street

City                                State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                                State        ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Dalio Holdings I LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

        District _____ When _____ Case number _____
                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Memorial Glen Cove LLC**     Relationship **Affiliate**

      District **Western District of Texas**     When _____
                                                      MM / DD / YYYY

      Case number, if known _____

| Debtor | Dalio Holdings I LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number        Street | |
| | _____ | |
| | _____ | |
| | City                                State    ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.  Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

---

## Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | |
| | ☑ Funds will be available for distribution to unsecured creditors. | | |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99 | ☐ 1,000-5,000  ☐ 5,001-10,000 | ☐ 25,001-50,000  ☐ 50,000-100,000 |
| | ☐ 100-199  ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Dalio Holdings I LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/30/2025**
MM/ DD/ YYYY

**X** **/s/ Ali Choudhri**
Signature of authorized representative of debtor

**Ali Choudhri**
Printed name

Title **Manager**

**18. Signature of attorney**

**X** **/s/ Ronald Smeberg**
Signature of attorney for debtor

Date **07/30/2025**
MM/ DD/ YYYY

**Ronald Smeberg**
Printed name

**The Smeberg Law Firm**
Firm name

**4 Imperial Oaks**
Number          Street

**San Antonio**
City

**TX**
State

**78248-1609**
ZIP Code

**(210) 695-6684**
Contact phone

**ron@smeberg.com**
Email address

**24033967**
Bar number

**TX**
State

| Debtor | **Dalio Holdings I LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page

10. Continued

| | |
|---|---|
| Debtor **1001 WL, LLC** | Relationship **Affiliate** |
| District **Western District of Texas** | When **2/6/2024** |
| | MM / DD / YYYY |
| Case number, if known **24-10119** | |
| Debtor **Texas Reit, LLC** | Relationship **Affiliate** |
| District **Western District of Texas** | When **2/6/2024** |
| | MM / DD / YYYY |
| Case number, if known **24-10120** | |

Fill in this information to identify the case:

Debtor name **Dalio Holdings I LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WCW Houston Properties, LLC 3657 BRIARPARK DR STE 188 Houston, TX 77042 | | Judgment | Disputed | | | $9,118,431.00 |
| 2 | Ali Mokaram 2500 W Loop Ste 450 Houston, TX 77027 | | Arbitration Agreement | Disputed | | | $3,461,217.00 |
| 3 | Erika Nemeti, Exec. Estate of Edi Nemeti | | Judgment | Disputed | | | $294,152.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    **Dalio Holdings I LLC**                                        Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Dalio Holdings I LLC**                                  CASE NO

                                                                CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  **07/30/2025**        Signature                    **/s/ Ali Choudhri**
                                                         Ali Choudhri, Manager

2401 FV LLC
60 West 2nd Street
11520

Ali Mokaram
2500 W Loop Ste 450
Houston, TX 77027

Erika Nemeti, Exec. Estate of
Edi Nemeti

Harris County Tax Assessor
Collector
1001 Preston St.
Houston, TX 77002

Internal Revenue Service
Austin Service Center
Attn Aur
Austin, TX 73301-0001

Texas Comptroller of Public
Account
Attn: Bankruptcy
Po Box 149359
Austin, TX 78714-9359

The Smeberg Law Firm
4 Imperial Oaks
San Antonio, TX 78248-1609

WCW Houston Properties, LLC
3657 BRIARPARK DR STE 188
Houston, TX 77042

**Fill in this information to identify the case:**

Debtor name      **Dalio Holdings I LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/30/2025**     **X** /s/ Ali Choudhri
        MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                                  **Ali Choudhri**
                                  Printed name

                                  **Manager**
                                  Position or relationship to debtor

# DALIO HOLDINGS I, LLC

## Manager's Resolution

## ARTICLE I.
### Recitals

Whereas the Managers of DALIO HOLDINGS I, LLC (the "Company"), acknowledge that the Company cannot continue operating under its current debt structure;

Whereas the Managers believe that filing a bankruptcy under Chapter 11 of the Bankruptcy Code to reorganize or liquidate the Company is the best current option to the Company to realize the largest repayments to creditors of the Company, equity holders and parties in interest;

Whereas the Managers of the Company desire to authorize the Company's Manager, ALI CHOUDHRI to execute all documents necessary to place the Company in Chapter 11 bankruptcy reorganization as a Chapter 11 debtor;

Therefore, the Managers of the Company resolve as follows:

## ARTICLE II.
### Resolutions

1. The Managers resolve that the Company shall enter into a Chapter 11 Bankruptcy and ALI CHOUDHRI may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf within his business judgment.
2. The Managers resolve to retain and authorize Smeberg Law Firm, PLLC to take all actions in the Chapter 11 bankruptcy it deems reasonably necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

**IN WITNESS WHEREOF,** the Managers of DALIO HOLDINGS I, LLC have resolved as stated above and have caused their signatures, to be set forth below on this the 29th day of July, 2025.

*Approved:*

By: _____
*ALI CHOUDHRI, Manager*

2