

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 27, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-11157-SMR** |
| | § | |
| **DALIO HOLDINGS I LLC** | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### ORDER TO APPEAR AND SHOW CAUSE

On July 30, 2025, the above-referenced Debtor (the "Debtor") filed a voluntary petition (the "Petition" at ECF No. 1) under chapter 11 without schedules. On August 13, 2025, the Debtor filed Schedules, Statements, and Summary (the "Schedules" at ECF No. 8). The Petition lists the Debtor's principal place of business as 1001 W. Loop S, Ste 700, Houston, TX 77027 in Harris County. *See* ECF No. 1, pg. 1.

Because the Debtor's current address is not located within the jurisdiction of the United States Bankruptcy Court for the Western District of Texas, Austin Division, *see* 28 U.S.C. § 124(d)(1), the Court shall conduct a show cause hearing to determine whether the case should

be transferred to another district, whether the case should be dismissed for lack of proper venue, whether the case should be dismissed with prejudice, and/or whether the Court should impose sanctions on the Debtor and/or Ali Choudhri, as the representative of the Debtor who signed the Petition and the Schedules under oath. *See* ECF No. 1, pg. 4; ECF No. 8, pg. 33.

Based on the foregoing, the Court finds that a show cause hearing should be held on **Thursday, September 4, 2025 at 9:30 a.m. (CT) via Zoom.** Accordingly,

**IT IS THEREFORE ORDERED** that counsel for the Debtor and Ali Choudhri, as the representative of the Debtor, shall appear at a show cause hearing on **Thursday, September 4, 2025 at 9:30 a.m. (CT) via Zoom.** Zoom URL: https://www.zoomgov.com/my/robinson.txwb. Call-in number: 669-254-5252; Meeting ID: 161 0862 5245.

**IT IS FURTHER ORDERED** that the Court will allow counsel for the Debtor and Ali Choudhri, as the representative of the Debtor, to submit evidence and show cause/explain to the Court (1) why this case was filed in this district; (2) why the Court should not impose sanctions; and (3) why the Debtor's case:

1. should not be transferred to another district;

2. should not be dismissed for lack of proper venue; and/or

3. should not be dismissed with prejudice.

**IT IS FURTHER ORDERED** that any written response to this Show Cause Order shall be filed on or before **September 3, 2025**.

**IT IS FURTHER ORDERED** that the United States Trustee shall have standing to appear, be heard and present evidence on this Show Cause Order.

**IT IS FURTHER ORDERED** that the Court reserves the right to order reasonable and appropriate sanctions against counsel for the Debtor and/or Ali Choudhri, as the representative of the Debtor, if the Court determines that the case was filed in this district in bad faith.

**IT IS FURTHER ORDERED** that the Court reserves the right to order reasonable and appropriate sanctions if counsel for the Debtor and/or Ali Choudhri, as the representative of the Debtor, fails to appear at the show cause hearing.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to resolve any matters related to the interpretation, implementation, and enforcement of this Show Cause Order.

# # #