

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 19, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 25-11157-smr |
| Dalio Holdings I LLC | § § § | |
| Debtor. | § | CHAPTER 11 |

**ORDER GRANTING WCW'S MOTION (I) TO DISMISS FOR
CAUSE WITH A BAR TO REFILING PURSUANT TO
11 U.S.C. §§ 1112(b) and 349(a); AND (II) FOR RELATED RELIEF**

On September 4, 2025, the Court held a hearing on Creditor WCW's Motion (I) to Dismiss for Cause with a Bar to Refiling Pursuant to 11 U.S.C. §§ 1112(b) and 349(a); and (II) for Related Relief (the "Motion" at ECF 15).[1] After considering the Motion, any responses thereto, the evidence, the arguments of counsel, the procedural history of this case, and for the reasons set forth on the record, the Court finds that Motion should be granted in part as set forth herein.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED in part as set forth below; and it is further

**ORDERED** that based on the evidence before the Court, this case is dismissed for cause pursuant to 11 U.S.C. § 1112(b); and it is further

---

[1] All definitions not defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the evidence before the Court includes, but is not limited to: (1) an insufficient and non-credible explanation by the Debtor's representative as to an error in the schedules, (2) the Debtor's own request that the case be dismissed shortly after it was filed, (3) the testimony of the Debtor's representative that this case was filed as a litigation delay tactic to avoid state court receivership issues and to avoid a supersedeas bond in state court, (4) the fact that the Debtor has little or no cash flow and no income to fund a Chapter 11 plan, and (5) the lack of testimony from the Debtor's representative as to whether this case was filed for a legitimate reorganization purpose. Based on this evidence, the Court finds that cause exists to dismiss this case for a period of ninety (90) days from the date of the entry of this Order; and it is further

**ORDERED** that all other relief requested in the Motion and not granted herein is denied without prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #